CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

DEC 17 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 6:09cr00010-1 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| THOMAS E. COGHILL, JR., | ) | By: Norman K. Moon |
| | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the government's motion to dismiss is **GRANTED**; the above referenced motion, pursuant to 28 U.S.C. § 2255, is hereby **DISMISSED**; and this action is **STRICKEN** from the active docket of the court.

Further, finding that Coghill has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

ENTER: This 17th day of December, 2010.

United States District Judge